1  Michelle Yang (SBN 324467)
   myang@plsfirm.com
2  **PRESTIGE LEGAL SOLUTIONS, P.C.**
   6420 Wilshire Blvd., Suite 200
3  Los Angeles, CA 90048
   Tel: (310) 933-6626 | Fax: (310) 933-5821

4  Attorneys for Plaintiff
   ALEXIS ESCALANTE
5

6  Amir M Nassihi (SBN 235936)
   anassihi@shb.com
7  **SHOOK, HARDY & BACON L.L.P.**
   555 Mission Street, Suite 2300
8  San Francisco, CA 94105
   Tel: (415) 544-1900 | Fax: (415) 391-0281

9  Jennifer M. Stevenson (admitted *pro hac vice*)
   jstevenson@shb.com
10 **SHOOK, HARDY & BACON L.L.P.**
   2555 Grand Boulevard
11 Kansas City, MO 64108-2613
   Tel: (816) 474-6550 | Fax: (816) 421-5547
12

13 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.

JS-6

14         **UNITED STATES DISTRICT COURT FOR THE**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  ALEXIS ESCALANTE, an individual, | Case No. 2:23-cv-00124-JPR |
| 18 | |
| 19            Plaintiff, | *Assigned to Magistrate Judge Jean P. Rosenbluth* |
| 20         vs. | |
| 21  NISSAN NORTH AMERICA, INC., a | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| 22  Delaware Corporation, and DOES 1 through 10, inclusive | |
| 23 | |
| 24            Defendant. | [Filed concurrently with Joint Stipulation] |
| 25 | |
| 26 | Case Initiated:  January 24, 2023 |
| 27 | |

28

1

Having considered the Stipulation of Plaintiff Alexis Escalante and Defendant Nissan North America, Inc. and good cause appearing:

IT IS HEREBY ORDERED that this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: 4/19/2024

_____

The Honorable Jean Rosenbluth

2